UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

IN RE:  ZIMMER M/L TAPER HIP           :
PROSTHESIS OR M/L TAPER              :        MDL NO. 2859
HIP PROSTHESIS WITH KINECTIV      :
TECHNOLOGY AND                       :        Master Docket Case No.
VERSYS FEMORAL HEAD PRODUCTS   :        1:18-md-02859-PAC-OTW
LIABILITY LITIGATION                :
                                        :        Honorable Paul A. Crotty

This document relates to all consolidated cases.

-----------------------------------------------------------------x

## <u>MOTION TO WITHDRAW APPEARANCE OF PETER A. MEYER</u>

Pursuant to Local Rule 1.4, the undersigned, Peter A. Meyer, respectfully requests that the

Court permit his withdrawal as counsel for the following defendants in this multidistrict litigation, as

he has accepted a position outside of Faegre Drinker Biddle & Reath LLP:  Zimmer, Inc.; Zimmer US,

Inc.; Zimmer Biomet Holdings, Inc., formerly known as Zimmer Holdings, Inc.; Zimmer Biomet

Fegan, Inc.; Zimmer Production, Inc.; and Zimmer Surgical, Inc., formerly known as Zimmer

Orthopaedic Surgical Products, Inc.  No disruption will result from the withdrawal of the undersigned,

as these defendants will continue to be represented by Michael Kanute, J. Stephen Bennett, Sean

Powell, Jori Loren, and others from Faegre Drinker Biddle & Reath LLP, and Andrew Peck of DLA

Piper.  No liens are being asserted by withdrawing counsel.

Respectfully submitted,

DATED: June 29, 2022                By: s/ *Peter A. Meyer*

Peter A. Meyer (Admitted PHV)
FAEGRE DRINKER BIDDLE & REATH
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
peter.meyer@faegredrinker.com
Telephone: (260) 424-8000

7/13/2022
Permission to withdraw is
granted. SO ORDERED.

*Paul A. Crotty*

*Withdrawing Counsel for the Zimmer Defendants*

1